DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL WAYNE BRUFFY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3904

_____

February 7, 2024

Appeal from the Circuit Court for Pinellas County; William H. Burgess,
III, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and William C. Shelhart,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

SLEET, C.J., and LaROSE and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.